# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

YEHUDA MECHALI and wife,
NOEMI MECHALI      §
     §      CASE NO. 4:11CV114
v.      §      Judge Schneider/Judge Mazzant
     §
CTX MORTGAGE COMPANY, LLC,      §
MORTGAGE ELECTRONIC      §
REGISTRATION SYSTEMS, INC.,      §
AURORA LOAN SERVICES, LLC,      §
HOLLY CARTER, CHRISTI WEBB, and      §
DAVID STOCKMAN      §

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 7, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand (Dkt. #8) should be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand (Dkt. #8) is DENIED.

**IT IS SO ORDERED.**

 **SIGNED this 11th day of July, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE