# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| YEHUDA MECHALI and NOEMI MECHALI | § § § | |
| V. | § § | CASE NO. 4:11-CV-114<br>Judge Schneider/Judge Mazzant |
| CTX MORTGAGE COMPANY, ET AL | § § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems' ("MERS") Motion to Dismiss Plaintiffs' Petition (Dkt. #19) should be granted.

The Court, having made a *de novo* review of Plaintiffs' objections, as well as Defendants' response thereto, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendants Aurora Loan Services, LLC ("Aurora") and Mortgage Electronic Registration Systems' ("MERS") Motion to Dismiss Plaintiffs' Petition (Dkt. #19) is **GRANTED** and all claims are **DISMISSED** with prejudice. Defendants CTX Mortgage

Company, LLC, Holly Carter, Christi Webb, and David Stockman are also **DISMISSED**, in accordance with the Report and Recommendation entered on June 7, 2011 (Dkt. #13).

   **It is SO ORDERED.**

   **SIGNED this 20th day of October, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE